UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20321-CR-MARTINEZ-BECERRA

UNITED STATES OF AMERICA,

vs.

LORENZO GAROD PIERRE,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant Lorenzo Garod Pierre's Motion to Suppress Evidence, (ECF No. 15). Judge Becerra filed an R&R recommending that the Motion to Suppress be denied. (ECF No. 50). Defendant has filed Objections to the R&R, (ECF No. 55). The Court has conducted a *de novo* review of the entire file and record.

After careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 50), is **AFFIRMED** and **ADOPTED**. Defendant's Objections to the R&R are **OVERRULED**.

Further, it is **ADJUDGED** that Defendant's Motion to Suppress Evidence, (ECF No. 15), is **DENIED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this **30** day of November, 2022.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record